UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**DAVID VAN ELZEN**

PLAINTIFF(S)

Case No.
**1:12-CV-00740-WCG**

vs.

**HALSTED FINANCIAL SERVICES, LLC, ET AL**

DEFENDANT(S)

SERVICE DOCUMENTS:
**SUMMONS & COMPLAINT**

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Aug 07, 2012**, at **1:08 PM**, I served the above described documents upon **HALSTED FINANCIAL SERVICES, LLC** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy(ies) thereof, by then presenting to and leaving the same with **SYED ALI / PRESIDENT.**

Said service was effected at **8548 KARLOV AVE, SKOKIE, IL 60076.**

**DESCRIPTION:** Gender: **M**   Race: **MIDDLE EASTERN**   Age: **50**   Hgt: **5'8"**   Wgt: **175**   Hair: **BLACK/GRAY**   Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

**Erik J. Schreiber**, Lic #: 117-001119
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 505**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 8th day of August, 2012

*[signature]*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/13

NOTARY PUBLIC

CLIENT NAME:
**SmithMarco, P.C.***
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
84016