# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| DAVID VAN ELZEN | ) | |
| *Plaintiff* | ) ) | |
| v. | ) ) | Civil Action No. 12-C-740 |
| HALSTED FINANCIAL SERVICES, LLC. AND PRAN NAVANANDAN | ) ) ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PRAN NAVANANDAN
925 W. HURON #605
CHICAGO, IL 60642

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, Suite 2940
Chicago, IL 60601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JON W. SANFILIPPO
*CLERK OF COURT*

Date: 07/19/2012

s/ A. Wachtendonck
*Signature of C*

Civil Action No. 12-C-740

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HALSTED FINANCIAL SERVICES, LLC. AND PRAN NAVA

was received by me on *(date)* 07/25/2012 .

☑ I personally served the summons on the individual at *(place)* PRAN NAVANANDAN 925 W. HURON #605 CHICAGO, IL 60642 on *(date)* 07/25/2012 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/25/2012

*Server's signature*

CHRISTOPHER MAYDEN C.L.A.
*Printed name and title*

419 HURON ST
PARK FOREST, IL 60466

*Server's address*

Additional information regarding attempted service, etc: