WCG



Halsted Financial Services, LLC
PO Box 5773, Evanston, IL 60201
TEL: 312-731-9579

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2012 OCT 29 A 11: 53

October 22, 2012

Clerk of Court
Eastern District of Wisconsin
Green Bay Division
517 East Wisconsin Avenue
Milwaukee, WI 53202

RE: Van Elzen v. Halsted Financial Services, LLC and Pran Navanandan
1:12-cv-00740-WCG

To Whom It May Concern,

Recently, a Clerk's entry of default was entered against me in this matter. However, Plaintiff's complaint alleges no facts which support a basis to hold me personally liable for the alleged violations committed by Halsted Financial Services, LLC. Accordingly, I am now moving to have that entry of default lifted and to be dismissed from this action in my individual capacity. In sum, there is no basis for this Court to enter a judgment against Pran Navanandan and I should be dismissed from this matter entirely.

Sincerely,

Pran Navanandan
Halsted Financial Services, LLC
PO Box 5773
Evanston, IL 60201
PH: 312-731-9579

Cc: David M. Marco, Esq.
    SmithMarco, P.C.
    205 North Michigan Avenue
    Suite 2940
    Chicago, IL 60601